UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: HOFFMAN, JACK THOMAS § | Case No. 09-70635 |
| HOFFMAN, BARBARA LEE § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 12/07/2009 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2009        By: /s/JAMES E. STEVENS_____
                                   Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

**UST Form 101-7-NFR (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: HOFFMAN, JACK THOMAS § Case No. 09-70635
HOFFMAN, BARBARA LEE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 7,254.43

*and approved disbursements of*     $ 0.00

*leaving a balance on hand of* [1]     $ 7,254.43

Claims of secured creditors will be paid as follows:

*Claimant*     *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JAMES E. STEVENS | $ 1,475.44 | $ |
| Attorney for trustee | Barrick, Switzer, Long, Balsley & Van Evera | $ 1,150.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*     *Fees*     *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*       _____ $_____ $_____
*Accountant for*     _____ $_____ $_____
*Appraiser for*      _____ $_____ $_____
Other                _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,915.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | DISCOVER BANK | $ 1,599.25 | $ 142.60 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 1,852.75 | $ 165.20 |
| 4 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | $ 600.07 | $ 53.50 |
| 5 | Roundup Funding, LLC | $ 1,336.36 | $ 119.15 |
| 6 | Roundup Funding, LLC | $ 321.58 | $ 28.67 |
| 7 | CHASE BANK USA | $ 2,167.22 | $ 193.24 |
| 8 | CHASE BANK USA | $ 2,216.75 | $ 197.65 |
| 9 | CHASE BANK USA | $ 558.01 | $ 49.75 |
| 10 | CHASE BANK USA | $ 8,175.98 | $ 729.00 |
| 11 | American Express Centurion Bank | $ 1,255.46 | $ 111.94 |
| 12 | Chase Bank USA,N.A | $ 2,158.61 | $ 192.47 |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 13 | Recovery Management Systems Corporation | $ 145.78 | $ 13.00 |
| 14 | Recovery Management Systems Corporation | $ 3,786.27 | $ 337.60 |
| 15 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 17,019.22 | $ 1,517.49 |
| 16 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 5,783.74 | $ 515.70 |
| 17 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,938.73 | $ 262.03 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                   Date Rcvd: Nov 17, 2009
Case: 09-70635                Form ID: pdf006             Total Noticed: 44


The following entities were noticed by first class mail on Nov 19, 2009.
db/jdb        +Jack Thomas Hoffman,    Barbara Lee Hoffman,    11172 Algonquin Road,    Huntley, IL 60142-9756
aty           +Erick J Bohlman,    Bohlman Law Offices, PC,    780 McArdle Dr.,    Unit F,
                Crystal Lake, IL 60014-8155
tr            +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive,
                Rockford, IL 61108-2579
13568640      +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
13759529      +American Express Centurion Bank,     PO Box 3001,    Malvern, PA 19355-0701
14072899       American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13568642      +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13568643      +Bank One/Chase,    Attn: Bankruptcy Dept.,    Po Box 100018,    Kennesaw, GA 30156-9204
14071394      +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
14017133      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
13568644      +Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,    Norcross, GA 30091-5155
13568645      +Certified Services Inc,    Po Box 177,    Waukegan, IL 60079-0177
13568646      +Chase - Cc,   Attention: Banktruptcy Department,     Po Box 15298,    Wilmintgon, DE 19850-5298
14151781      +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
13568647      +Chase Manhattan Mtg,    G7-Pp,    3415 Vision Dr.,    Columbus, OH 43219-6009
13568648       Chase- Tjx,    800 Brooksedge Blvd,    Columbus, OH 43801
13568649      +Comcast,    1500 Market Street,    Philadelphia, PA 19102-2100
13568651      +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
14293167       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK   73124-8809
13568652      +Fia Csna,    Po Box 26012,    Nc4-105-02-77,    Greensboro, NC 27420-6012
13613150      +Ford Motor Credit Company LLC,    P O Box 537901,    Livonia  MI 48153-7901
13568653      +Ford Motor Credit Corporation,    National Bankruptcy Center,    Po Box 537901,
                Livonia, MI 48153-7901
13568654      +GE Mongram Bank / JC Penney Dc,    Attn: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
13568656      +Home State Bank,    40 Grant Street,    PO Box 1738,    Crystal Lake, IL 60039-1738
13568657      +Huntley Ridge Condominim Associatio,     Howe Real Estate,    333 East Jackson,
                Woodstock, IL 60098-3407
13568659      +Lane Bryant Retail/soa,    450 Winks Ln,    Bensalem, PA 19020-5932
13568660      +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
13568661      +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1331
13568663      +Nbgl-carsons,    Pob 15521,    Wilmington, DE 19850-5521
13925226      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
13957688       SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT,    FIRST EXPRESS,    PO BOX 856132,
                LOUISVILLE, KY   40285-6132
13568664      +Sherman Hospital,    934 Center Street,    Elgin, IL 60120-2198
13568665      +United Anesthesia Associates SC,    P.O. Box 646,    Elgin, IL 60121-0646
13568666      +Wfnnb/roaman,    Po Box 182273,    Columbus, OH 43218-2273
13568667      +Wfnnb/tsa,    Po Box 182273,    Columbus, OH 43218-2273

The following entities were noticed by electronic transmission on Nov 17, 2009.
13568641      +E-mail/Text: RBALTAZAR@ARMORSYS.COM                            Armor Systems Co,    1700 Kiefer Dr,
                Suite 1,    Zion, IL 60099-5105
13908100       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2009 07:50:47      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13568650      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 18 2009 07:50:47      Discover Financial,
                Attention:  Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
13568655      +E-mail/PDF: gecsedi@recoverycorp.com Nov 18 2009 07:07:00       Gemb/belk,    Po Box 981491,
                El Paso, TX 79998-1491
13568658      +E-mail/PDF: cr-bankruptcy@kohls.com Nov 18 2009 07:50:49       Kohls,    Attn: Recovery,
                Po Box 3120,    Milwaukee, WI 53201-3120
13568662      +Fax: 847-227-2151 Nov 18 2009 00:05:31      Medical Recovery Specialists, Inc.,
                2250 E. Devon Avenue, Ste. 352,    Des Plaines, IL 60018-4519
14290524       +E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2009 07:07:00
                Recovery Management Systems Corporation,    For GE Money Bank,    dba BELK,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14290525       +E-mail/PDF: rmscedi@recoverycorp.com Nov 18 2009 07:07:00
                Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY REWARDS MASTERCARD,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
13989524       E-mail/PDF: BNCEmails@blinellc.com Nov 18 2009 07:50:36      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,     6833 Stalter Drive,
                Rockford, Il 61108-2579
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Nov 17, 2009
Case: 09-70635                Form ID: pdf006          Total Noticed: 44

               ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                          **Signature:**       *Joseph Speetjens*