# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HOFFMAN, JACK THOMAS | § | Case No. 09-70635 |
| HOFFMAN, BARBARA LEE | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $252,254.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $4,628.99 | Claims Discharged Without Payment: $81,387.79 |
| Total Expenses of Administration: $2,625.44 | |

3) Total gross receipts of $ 7,254.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,254.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $226,338.36 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,625.44 | 2,625.44 | 2,625.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 34,101.00 | 51,915.78 | 51,915.78 | 4,628.99 |
| TOTAL DISBURSEMENTS | $260,439.36 | $54,541.22 | $54,541.22 | $7,254.43 |

4) This case was originally filed under Chapter 7 on February 25, 2009. . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2010            By: /s/JAMES E. STEVENS
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Misc. household goods with debtors | 1129-000 | 2,200.00 |
| 2000 Chevrolet Corvette with 58,000 miles | 1129-000 | 554.00 |
| 1963 Chevrolet Impala | 1110-000 | 4,500.00 |
| Interest Income | 1270-000 | 0.43 |
| **TOTAL GROSS RECEIPTS** | | $7,254.43 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Forst Motor Credit Company LLC | 4210-000 | 2,761.36 | N/A | N/A | 0.00 |
| Huntley Ridge Condominim Associatio | 4110-000 | 330.00 | N/A | N/A | 0.00 |
| Bank One/Chase | 4110-000 | 49,600.00 | N/A | N/A | 0.00 |
| Chase Manhattan Mtg | 4110-000 | 173,647.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $226,338.36 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,475.44 | 1,475.44 | 1,475.44 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,625.44 | 2,625.44 | 2,625.44 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | 7100-000 | N/A | 1,599.25 | 1,599.25 | 142.60 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,852.75 | 1,852.75 | 165.20 |
| SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | 7100-000 | N/A | 600.07 | 600.07 | 53.50 |
| Roundup Funding, LLC | 7100-000 | N/A | 1,336.36 | 1,336.36 | 119.15 |
| Roundup Funding, LLC | 7100-000 | N/A | 321.58 | 321.58 | 28.67 |
| CHASE BANK USA | 7100-000 | N/A | 2,167.22 | 2,167.22 | 193.24 |
| CHASE BANK USA | 7100-000 | N/A | 2,216.75 | 2,216.75 | 197.65 |
| CHASE BANK USA | 7100-000 | N/A | 558.01 | 558.01 | 49.75 |
| CHASE BANK USA | 7100-000 | N/A | 8,175.98 | 8,175.98 | 729.00 |
| American Express Centurion Bank | 7100-000 | N/A | 1,255.46 | 1,255.46 | 111.94 |
| Chase Bank USA,N.A | 7100-000 | N/A | 2,158.61 | 2,158.61 | 192.47 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 145.78 | 145.78 | 13.00 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 3,786.27 | 3,786.27 | 337.60 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 17,019.22 | 17,019.22 | 1,517.49 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 5,783.74 | 5,783.74 | 515.70 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 2,938.73 | 2,938.73 | 262.03 |
| comcast | 7100-000 | 441.00 | N/A | N/A | 0.00 |
| Exxmbiciti | 7100-000 | 1,651.00 | N/A | N/A | 0.00 |
| Capital 1 Bank | 7100-000 | 13,484.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Certified Services Inc | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 5,645.00 | N/A | N/A | 0.00 |
| Bank Of America | 7100-000 | 2,790.00 | N/A | N/A | 0.00 |
| GE Mongram Bank/JC Penney | 7100-000 | 3,655.00 | N/A | N/A | 0.00 |
| Macy's | 7100-000 | 705.00 | N/A | N/A | 0.00 |
| Home State Bank | 7100-000 | 561.00 | N/A | N/A | 0.00 |
| Winnb/roaman | 7100-000 | 285.00 | N/A | N/A | 0.00 |
| Wfnnb/tsa | 7100-000 | 1,257.00 | N/A | N/A | 0.00 |
| United Anesthesia Associates | 7100-000 | 23.00 | N/A | N/A | 0.00 |
| Nbg1-Carsons | 7100-000 | 199.00 | N/A | N/A | 0.00 |
| Sherman Hospital | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| Med Busi Bur | 7100-000 | 302.00 | N/A | N/A | 0.00 |
| Med Busi Bur | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| Armor Systems Co | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| Armor Systems Co | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Armor Systems Co | 7100-000 | 231.00 | N/A | N/A | 0.00 |
| American Express c/o Becket and Lee | 7100-000 | 1,183.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 34,101.00 | 51,915.78 | 51,915.78 | 4,628.99 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 09-70635
Case Name: HOFFMAN, JACK THOMAS
                HOFFMAN, BARBARA LEE

Period Ending: 02/16/10

Trustee:     (330420)    JAMES E. STEVENS
Filed (f) or Converted (c):  02/25/09 (f)
§341(a) Meeting Date:   04/02/09
Claims Bar Date:       08/10/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11172 Algonquin | 235,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash with debtors | 6.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account with Homestate Bank, Algonquin, | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account with JP Morgan Chase Bank, Algo | 40.00 | 0.00 | DA | 0.00 | FA |
| 5 | Savings account with JP Morgan Chase Bank, Algoq | 2.00 | 0.00 | DA | 0.00 | FA |
| 6 | Checking account with Crystal Lake Bank, Crystal | 36.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc. household goods with debtors | 2,200.00 | 2,200.00 | DA | 2,200.00 | FA |
| 8 | Misc. books and CD's with debtors | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. clothes with debtors | 350.00 | Unknown | DA | 0.00 | FA |
| 10 | Misc. jewelry with debtors | 600.00 | Unknown | DA | 0.00 | FA |
| 11 | Camera | 20.00 | 0.00 | DA | 0.00 | FA |
| 12 | Term life insurance Consolidated School District | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | IRA with Fidelity Investments, New York, NY | 300.00 | 0.00 | DA | 0.00 | FA |
| 14 | Retirement plan with IMRF, Springfield, IL | Unknown | 0.00 | DA | 0.00 | FA |
| 15 | Owner of JBH, Inc., Huntley, IL. Closed since en | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | 2000 Chevrolet Corvette with 58,000 miles | 12,550.00 | 554.00 | DA | 554.00 | FA |
| 17 | 2000 Chrysler Cirrus with 142,000 miles | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1963 Chevrolet Impala | Unknown | 4,500.00 | DA | 4,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.43 | FA |
| 19 | **Assets   Totals (Excluding unknown values)** | **$252,254.00** | **$7,254.00** | | **$7,254.43** | **$0.00** |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    October 31, 2009         Current Projected Date Of Final Report (TFR):    October 29, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-70635 | |
| **Case Name:** HOFFMAN, JACK THOMAS | |
| HOFFMAN, BARBARA LEE | |
| **Taxpayer ID #:** 54-6858216 | |
| **Period Ending:** 02/16/10 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****36-65 - Money Market Account |
| **Blanket Bond:** | $118,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/09 | | Jack and Barbara Hoffman | payment unexempt portion of furniture and Corvette | | 2,754.00 | | 2,754.00 |
| | {16} | | unexempt portion of       554.00 Corvette | 1129-000 | | | 2,754.00 |
| | {7} | | unexempt portion of     2,200.00 furniture | 1129-000 | | | 2,754.00 |
| 09/15/09 | {18} | Anthony M. or Joleen T. Krucek | payment for 1963 Chevrolet Impala | 1110-000 | 4,500.00 | | 7,254.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 7,254.16 |
| 10/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.27 | | 7,254.43 |
| 10/29/09 | | To Account #*******3666 | transfer to checking to close money market | 9999-000 | | 7,254.43 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7,254.43 | 7,254.43 | $0.00 |
| Less: Bank Transfers | 0.00 | 7,254.43 | |
| **Subtotal** | 7,254.43 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$7,254.43** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-70635 | |
| **Case Name:** HOFFMAN, JACK THOMAS | |
| HOFFMAN, BARBARA LEE | |
| **Taxpayer ID #:** 54-6858216 | |
| **Period Ending:** 02/16/10 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****36-66 - Checking Account |
| **Blanket Bond:** | $118,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref#} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/09 | | From Account #*******3665 | transfer to checking to close money market | 9999-000 | 7,254.43 | | 7,254.43 |
| 12/08/09 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $1,150.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,150.00 | 6,104.43 |
| 12/08/09 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,475.44, Trustee Compensation;  Reference: | 2100-000 | | 1,475.44 | 4,628.99 |
| 12/08/09 | 103 | DISCOVER BANK | Dividend paid  8.91% on $1,599.25; Claim# 2; Filed: $1,599.25; Reference: | 7100-000 | | 142.60 | 4,486.39 |
| 12/08/09 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid  8.91% on $1,852.75; Claim# 3; Filed: $1,852.75; Reference: | 7100-000 | | 165.20 | 4,321.19 |
| 12/08/09 | 105 | SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT | Dividend paid  8.91% on $600.07; Claim# 4; Filed: $600.07; Reference: | 7100-000 | | 53.50 | 4,267.69 |
| 12/08/09 | 106 | Roundup Funding, LLC | Dividend paid  8.91% on $1,336.36; Claim# 5; Filed: $1,336.36; Reference: | 7100-000 | | 119.15 | 4,148.54 |
| 12/08/09 | 107 | Roundup Funding, LLC | Dividend paid  8.91% on $321.58; Claim# 6; Filed: $321.58; Reference: | 7100-000 | | 28.67 | 4,119.87 |
| 12/08/09 | 108 | CHASE BANK USA | Dividend paid  8.91% on $2,167.22; Claim# 7; Filed: $2,167.22; Reference: | 7100-000 | | 193.24 | 3,926.63 |
| 12/08/09 | 109 | CHASE BANK USA | Dividend paid  8.91% on $2,216.75; Claim# 8; Filed: $2,216.75; Reference: | 7100-000 | | 197.65 | 3,728.98 |
| 12/08/09 | 110 | CHASE BANK USA | Dividend paid  8.91% on $558.01; Claim# 9; Filed: $558.01; Reference: | 7100-000 | | 49.75 | 3,679.23 |
| 12/08/09 | 111 | CHASE BANK USA | Dividend paid  8.91% on $8,175.98; Claim# 10; Filed: $8,175.98; Reference: | 7100-000 | | 729.00 | 2,950.23 |
| 12/08/09 | 112 | American Express Centurion Bank | Dividend paid  8.91% on $1,255.46; Claim# 11; Filed: $1,255.46; Reference: | 7100-000 | | 111.94 | 2,838.29 |
| 12/08/09 | 113 | Chase Bank USA,N.A | Dividend paid  8.91% on $2,158.61; Claim# 12; Filed: $2,158.61; Reference: | 7100-000 | | 192.47 | 2,645.82 |
| 12/08/09 | 114 | Recovery Management Systems Corporation | Dividend paid  8.91% on $145.78; Claim# 13; Filed: $145.78; Reference: | 7100-000 | | 13.00 | 2,632.82 |
| 12/08/09 | 115 | Recovery Management Systems Corporation | Dividend paid  8.91% on $3,786.27; Claim# 14; Filed: $3,786.27; Reference: | 7100-000 | | 337.60 | 2,295.22 |
| 12/08/09 | 116 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  8.91% on $17,019.22; Claim# 15; Filed: $17,019.22; Reference: | 7100-000 | | 1,517.49 | 777.73 |
| 12/08/09 | 117 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  8.91% on $5,783.74; Claim# 16; Filed: $5,783.74; Reference: | 7100-000 | | 515.70 | 262.03 |
| 12/08/09 | 118 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid  8.91% on $2,938.73; Claim# 17; Filed: $2,938.73; Reference: | 7100-000 | | 262.03 | 0.00 |

Subtotals :    $7,254.43    $7,254.43

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-70635 |
| Case Name: | HOFFMAN, JACK THOMAS |
| | HOFFMAN, BARBARA LEE |
| Taxpayer ID #: | 54-6858216 |
| Period Ending: | 02/16/10 |

| | |
|---|---|
| Trustee: | JAMES E. STEVENS (330420) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****36-66 - Checking Account |
| Blanket Bond: | $118,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 7,254.43 | 7,254.43 | $0.00 |
| | | | Less: Bank Transfers | | 7,254.43 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,254.43 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $7,254.43 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****36-65 | 7,254.43 | 0.00 | 0.00 |
| Checking # ***-*****36-66 | 0.00 | 7,254.43 | 0.00 |
| | $7,254.43 | $7,254.43 | $0.00 |

**JPMorganChase** 🔲

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

January 01, 2010 through January 29, 2010

Account Number: **000312196363666**

---

### CUSTOMER SERVICE INFORMATION

Service Center:                     **1-800-634-5273**

---

00017347    802 24 03210 - NNNNN  1  000000000 60 0000
09-70635 HOFFMAN JACK THOMAS
HOFFMAN BARBARA LEE DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



---

| CHECKING SUMMARY | Bankruptcy Business Checking | |
|---|---|---|
| | **INSTANCES** | **AMOUNT** |
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

December 01, 2009 through December 31, 2009
Account Number: **000312196363665**

---

**CUSTOMER SERVICE INFORMATION**

Service Center:                              **1-800-634-5273**

---



00018383    802 24 00410 - NNNNN  6 000000000 60 0000
09-70635 HOFFMAN JACK THOMAS
HOFFMAN BARBARA LEE DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

---

| SAVINGS SUMMARY | Bankruptcy Business Money Market | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | **$0.00** |
| **Ending Balance** | **0** | **$0.00** |
| Interest Paid Year-to-Date | | $0.43 |

This account earns interest daily and the current interest rate is 0.05%.

The total interest paid this year is $0.43.

December 01, 2009 through December 31, 2009

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

Account Number: **000312196363666**

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Service Center: | **1-800-634-5273** |

00018384   802 24 00410 - NNNNN  1 000000000 60 0000

09-70635 HOFFMAN JACK THOMAS
HOFFMAN BARBARA LEE DEBTOR
330420 JAMES STEVENS TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



## CHECKING SUMMARY    Bankruptcy Business Checking

| | INSTANCES | AMOUNT |
| --- | --- | --- |
| **Beginning Balance** | | **$7,254.43** |
| Checks Paid | 18 | - 7,254.43 |
| **Ending Balance** | **18** | **$0.00** |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT | CHECK NUMBER | DATE PAID | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 101 | 12/09 | $1,150.00 | 110 | 12/11 | 49.75 |
| 102 | 12/09 | 1,475.44 | 111 | 12/21 | 729.00 |
| 103 | 12/14 | 142.60 | 112 | 12/15 | 111.94 |
| 104 | 12/17 | 165.20 | 113 | 12/15 | 192.47 |
| 105 | 12/15 | 53.50 | 114 | 12/16 | 13.00 |
| 106 | 12/11 | 119.15 | 115 | 12/16 | 337.60 |
| 107 | 12/11 | 28.67 | 116 | 12/14 | 1,517.49 |
| 108 | 12/11 | 193.24 | 117 | 12/14 | 515.70 |
| 109 | 12/11 | 197.65 | 118 | 12/15 | 262.03 |
| | | | **Total Checks Paid** | | **$7,254.43** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
| --- | --- |
| 12/09 | $4,628.99 |
| 12/11 | 4,040.53 |
| 12/14 | 1,864.74 |
| 12/15 | 1,244.80 |
| 12/16 | 894.20 |
| 12/17 | 729.00 |
| 12/21 | 0.00 |

JPMorganChase

December 01, 2009 through December 31, 2009
Account Number: **000312196363666**

ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635

# IMAGES

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE CHASE LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS — 101 — 1-2/210

TIN #330420
JAMES E. STEVENS
6833 STALTLR
ROCKFORD IL 61108

Case: 09-70635 MB — Debtor: HOFFMAN, JACK THOMAS — 75115
312196363666 — HOFFMAN, BARBARA LEE
Dividend paid 100.00% on $1,150.00, Attorney for Trustee Fees (Trustee Firm);
Reference:

Date 12/08/2009 $ *******1,150.00

---One Thousand One Hundred Fifty Dollars and 00/100

Pay to the Order of: Barrick, Switzer, Long, Balsley & Van Evera
6833 Stalter Drive
Rockford IL 61108

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000101⑈ ⑆021000021⑆312196363666⑈

004390991033 DEC 09 #0000000101 $1,150.00

X PAY TO THE ORDER OF
ALPINE BANK 071923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK, SWITZER, LONG,
BALSLEY & VAN EVERA
ATTORNEYS AT LAW
7004535

104000674-12-08-2009>071923307<

004390991033 DEC 09 #0000000101 $1,150.00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE CHASE LOGO FADING IN THE BACKGROUND

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS — 102 — 1-2/210

TIN #330420
JAMES E. STEVENS
6833 STALTLR
ROCKFORD IL 61108

Case: 09-70635 MB — Debtor: HOFFMAN, JACK THOMAS — 75115.001
312196363666 — HOFFMAN, BARBARA LEE
Dividend paid 100.00% on $1,475.44, Trustee Compensation; Reference:

Date 12/08/2009 $ *******1,475.44

---One Thousand Four Hundred Seventy-Five Dollars and 44/100

Pay to the Order of: JAMES E. STEVENS
6833 Stalter Drive
Rockford IL 61108

JAMES E. STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000102⑈ ⑆021000021⑆312196363666⑈

004390991034 DEC 09 #0000000102 $1,475.44

PAY TO THE ORDER OF
ALPINE BANK 071923307
ROCKFORD, IL
FOR DEPOSIT ONLY
BARRICK-SWITZER-LONG,
BALSLEY & VAN EVERA
ATTORNEYS AT LAW
7004535

104000675-12-08-2009>071923307<

004390991034 DEC 09 #0000000102 $1,475.44

10183841002000000063

00431130300100015035



ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 103

Case 09-70635 MB — Debtor HOFFMAN, JACK THOMAS; HOFFMAN, BARBARA LEE — 312196363666

JAMES E. STEVENS, 6833 STALTER, ROCKFORD IL 61108

0077-6926-6270

Date 12/08/2009 $ *********142.60

---One Hundred Forty-Two Dollars and 60/100

Pay to the Order of DISCOVER BANK, DFS Services LLC, PO Box 3025, New Albany OH 43054-3025

RECEIVED DEC 1

JAMES E. STEVENS

⑈00000103⑈ ⑆021000021⑆312196363666⑈ ⑈0000014260⑈

005480150404 DEC 14 #0000000103 $142.60

0220795496

00857632 00000007 121209 316

005480150404 DEC 14 #0000000103 $142.60

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 104

Case 09-70635 MB — Debtor HOFFMAN, JACK THOMAS; HOFFMAN, BARBARA LEE — 312196363666

JAMES E. STEVENS, 6833 STALTER, ROCKFORD IL 61108

359 150 186

Date 12/08/2009 $ *********165.20

---One Hundred Sixty-Five Dollars and 20/100

Pay to the Order of PYOD LLC its successors and assigns as assignee of Citibank, c/o Resurgent Capital Services, PO Box 19008, Greenville SC 29602

JAMES E. STEVENS

⑈00000104⑈ ⑆021000021⑆312196363666⑈

004590791811 DEC 17 #0000000104 $165.20

004590791811 DEC 17 #0000000104 $165.20

JPMorganChase

December 01, 2009 through December 31, 2009
Account Number: **000312196363666**

ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS

105
1-2/210

| Case | Debtor |
|---|---|
| 09-70635 MB | HOFFMAN, JACK THOMAS |
| 312196363666 | HOFFMAN, BARBARA LEE |

Dividend paid 8.91% on $600.07; Claim# 4; Filed: $600.07; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 12/08/2009 $ **********53.50

---Fifty-Three Dollars and 50/100

Pay to the Order of
SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT
FIRST EXPRESS
PO BOX 856132
LOUISVILLE KY 40285-6132

JAMES E. STEVENS

⑈00000105⑈ ⑆021000021⑆312196363666⑈ ⑇0000005350⑇

006680707548 DEC 15 #0000000105 $53.50

>284273970<
CREDIT PAYEE 5014
FEHP LOUISVILLE, KY
CHARMING RECEIVABLE
6322 004 121509 22811
100000341 0000005350
6322 0004 1405 PL

006680707548 DEC 15 #0000000105 $53.50

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 13th Floor, New York, NY 10004

VOID AFTER 90 DAYS

108
1-2/210

| Case | Debtor |
|---|---|
| 09-70635 MB | HOFFMAN, JACK THOMAS |
| 312196363666 | HOFFMAN, BARBARA LEE |

Dividend paid 8.91% on $1,336.36; Claim# 5; Filed: $1,336.36; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 12/08/2009 $ *********119.15

---One Hundred Nineteen Dollars and 15/100

Pay to the Order of
Roundup Funding, LLC
MS 550
PO Box 91121
Seattle WA 98111-9221

JAMES E. STEVENS

⑈00000106⑈ ⑆021000021⑆312196363666⑈

006680456244 DEC 11 #0000000106 $119.15

Wells Fargo 125093547 Trust 2552195923

006680456244 DEC 11 #0000000106 $119.15

10183841004000000063

00431130030010015037

ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE CHASE LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

**VOID AFTER 90 DAYS** 107
1-2/210

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
| --- | --- |
| 09-70635 MB | HOFFMAN, JACK THOMAS |
| 312196363666 | HOFFMAN, BARBARA LEE |

Dividend paid 8.91% on $321.58; Claim# 6; Filed: $321.58; Reference:

Date 12/08/2009 $ **********28.67

---Twenty-Eight Dollars and 67/100

Pay to the Order of
Roundup Funding, LLC
MS 550
PO Box 91121
Seattle WA 98111-9221

JAMES E STEVENS

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈0000010 7⑈ ⑆021000021⑆312196363666⑈

006680456245 DEC 11 #0000000107 $28.67

Wells Fargo 125083547 Trust 2552195923

006680456245 DEC 11 #0000000107 $28.67

**JPMORGAN CHASE BANK, N.A.**
4 New York Plaza, 13th Floor, New York, NY 10004

**VOID AFTER 90 DAYS** 108
1-2/210

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

| Case | Debtor |
| --- | --- |
| 09-70635 MB | HOFFMAN, JACK THOMAS |
| 312196363666 | HOFFMAN, BARBARA LEE |

Dividend paid 8.91% on $2,167.22; Claim# 7; Filed: $2,167.22; Reference:

Date 12/08/2009 $ *********193.24

---One Hundred Ninety-Three Dollars and 24/100

Pay to the Order of
CHASE BANK USA
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE WA 98121

JAMES E. STEVENS

⑈00000108⑈ ⑆021000021⑆312196363666⑈

006680246100 DEC 11 #0000000108 $193.24

006680246100 DEC 11 #0000000108 $193.24



**JPMorganChase**

ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635





JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 15th Floor, New York, NY 10004

VOID AFTER 90 DAYS    109
1-2/210

| Corn. | Debtor | |
|---|---|---|
| 09-70635 MB | HOFFMAN, JACK THOMAS | TO #330420 |
| 312196363666 | HOFFMAN, BARBARA LEE | JAMES E. STEVENS |
| | | 6433 STALTER |
| | | ROCKFORD IL 44108 |

Date    12/08/2009    $ *********197.65

---One Hundred Ninety-Seven Dollars and 65/100

Pay to the
Order of    CHASE BANK USA
C/O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE WA 98121

JAMES E. STEVENS

⑆000000109⑆ ⑉021000021⑉:312196363666⑆

006680246102 DEC 11 #0000000109 $197.65



006680246102 DEC 11 #0000000109 $197.65

JPMORGAN CHASE BANK, N.A.
4 New York Plaza, 15th Floor, New York, NY 10004

VOID AFTER 90 DAYS    110
1-2/210

| Corn. | Debtor | |
|---|---|---|
| 09-70635 MB | HOFFMAN, JACK THOMAS | TO #330420 |
| 312196363666 | HOFFMAN, BARBARA LEE | JAMES E. STEVENS |
| | | 6433 STALTER |
| | | ROCKFORD IL 44108 |

Date    12/08/2009    $ *********49.75

---Forty-Nine Dollars and 75/100

Pay to the
Order of    CHASE BANK USA
C/O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE WA 98121

JAMES E. STEVENS

⑆000000110⑆ ⑉021000021⑉:312196363666⑆

006680246101 DEC 11 #0000000110 $49.75



006680246101 DEC 11 #0000000110 $49.75

**JPMorganChase**

ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635





002980972843 DEC 21 #0000000111 $729.00



002980972843 DEC 21 #0000000111 $729.00



006180686292 DEC 15 #0000000112 $111.94



006180686292 DEC 15 #0000000112 $111.94

**JPMorganChase**

December 01, 2009 through December 31, 2009

Account Number: **000312196363666**

ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635





905180833243 DEC 15 #0000000113 $192.47



905180833243 DEC 15 #0000000113 $192.47



008490945164 DEC 16 #0000000114 $13.00



008490945164 DEC 16 #0000000114 $13.00

Page 8 of 10

JPMorganChase

December 01, 2009 through December 31, 2009

Account Number: **000312196363666**

ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 115
4 New York Plaza, 15th Floor, New York, NY 10004 1-2/210

| Case | Debtor |
|---|---|
| 09-70635 MB | HOFFMAN, JACK THOMAS |
| 312196363666 | HOFFMAN, BARBARA LEE |

Dividend paid 8.91% on $3,786.27; Claim# 14; Filed: $3,786.27; Reference

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 12/08/2009 $ *********337.60

---Three Hundred Thirty-Seven Dollars and 60/100

Pay to the Order of: Recovery Management Systems Corporation
For GE Money Bank,dba JCPENNEY REWARDS
MASTERCARD,25 SE 2nd Ave Ste 1120
Miami FL 33131

JAMES E. STEVENS

⑈00000115⑈ ⑆021000021⑆312196363666⑈

008390731620 DEC 16 #0000000115 $337.60

2670 90E594 DEC 1 5 2009

008390731620 DEC 16 #0000000115 $337.60

JPMORGAN CHASE BANK, N.A. VOID AFTER 90 DAYS 116
4 New York Plaza, 15th Floor, New York, NY 10004 1-2/210

| Case | Debtor |
|---|---|
| 09-70635 MB | HOFFMAN, JACK THOMAS |
| 312196363666 | HOFFMAN, BARBARA LEE |

Dividend paid 8.91% on $17,019.22; Claim# 15; Filed: $17,019.22; Reference:

TID #330420
JAMES E. STEVENS
6833 STALTER
ROCKFORD IL 61108

Date 12/08/2009 $ *******1,517.49

---One Thousand Five Hundred Seventeen Dollars and 49/100

Pay to the Order of: FIA CARD SERVICES, NA/BANK OF AMERICA
BY AMERICAN INFOSOURCE LP AS ITS AGENT
PO Box 248809
Oklahoma City OK 73124-8809

JAMES E. STEVENS

⑈00000116⑈ ⑆021000021⑆312196363666⑈

005180508197 DEC 14 #0000000116 $1,517.49

005180508197 DEC 14 #0000000116 $1,517.49

10183841009000000063

00431130030010015042

JPMorganChase ⬤

December 01, 2009 through December 31, 2009

Account Number: **000312196363666**

ACCOUNT # 000312196363666
HOFFMAN JACK THOMAS
09-70635




005180508240 DEC 14 #0000000117 $515.70



005180508240 DEC 14 #0000000117 $515.70



007880197984 DEC 15 #0000000118 $262.03



007880197984 DEC 15 #0000000118 $262.03